IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| SPRINGFIELD DAIRY, LLC, | : | Case No. 10-35426 |
| | : | |
| Debtor. | : | Judge Whipple |
| | : | |

**OBJECTION OF THE AGSTAR ENTITIES TO DEBTOR'S
AMENDED FIRST DAY CASH COLLATERAL MOTION**

Agstar Financial Services, FLCA ("FLCA") and Agstar Financial Services, PCA ("PCA" and together with FLCA, "AgStar" or the "AgStar Entities"), by and through their undersigned counsel, hereby renew their objection [Docket No. 19] (the "Objection")[1] to Debtor's *Amended First Day Cash Collateral Motion* [Docket No. 12] (the "Motion"). Paragraph 8 of the *Agreed Interim Order Authorizing Limited Use of Cash Collateral Pursuant to Bankruptcy Code Section 363 and Granting Adequate Protection Pursuant to Bankruptcy Code Sections 361 and 363* [Docket No. 45] (the "Interim Cash Collateral Order") establishes a deadline of September 16, 2010 at 5:00 p.m. E.D.T. (the "Objection Deadline") for additional objections to Debtor's further use of cash collateral. As of the Objection Deadline, AgStar and Debtor have not reached an agreement regarding Debtor's continued use of cash collateral beyond Authorized Period set forth in the Interim Cash Collateral Order. Thus, pursuant to Bankruptcy Code Section 363, this Court cannot grant the Motion without either (i) the AgStar Entities' consent to use cash collateral or a demonstration by Debtor that it is providing PCA with adequate protection of its interest in the cash collateral. 11 U.S.C. § 363.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

## RESERVATION OF RIGHTS

The AgStar Entities reserve the right (a) to amend, supplement, or otherwise modify this Objection as they deem necessary or proper; (b) to raise such other and further objections to Debtor's use of cash collateral at or before any interim or final hearing(s) on the Motion; and (c) to object to any line items in the budget, including interim compensation fees.

**WHEREFORE,** AgStar respectfully request that this Court either (i) enter an Order denying Debtor use of Cash Collateral, including the DFA Milk Payments, or (ii) enter an Interim Order permitting use of Cash Collateral solely on an interim basis that (a) the DFA Milk Payments be accounted for by Debtor and funds disbursed or used by Debtor only in accordance with an appropriate budget agreed to by the AgStar Entities; (b) provides appropriate adequate protection to PCA including, at a minimum, post-petition replacement security interests and liens in favor of PCA in all the Springfield Dairy Collateral and payment, commencing immediately and continuing on an interim basis, of principal and interest due on the PCA Notes amortized over 5 years at a rate of 5.5%, consistent with market conditions and (c) requires the payment by Debtor to FLCA of all payments required under the Lease.

Respectfully submitted,
*/s/ Christopher B. Wick*
Lee D. Powar (0033679)
Nancy A. Valentine (0069503)
Christopher B. Wick (0073126)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-mail: ldpowar@hahnlaw.com
navalentine@hahnlaw.com
cwick@hahnlaw.com

*Attorneys for AgStar Financial Services, FLCA and AgStar Financial Services, PCA*

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the *Objection of the AgStar Entities to Debtor's Amended First Day Cash Collateral Motion* were served upon the parties identified on the attached Service Lists on the 16th day of September, 2010 by the method indicated.

*/s/ Christopher B. Wick*
*One of the Attorneys for AgStar Financial Services, FLCA and AgStar Financial Service, PCA*

# SERVICE LIST

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case and who were served by the Court's electronic noticing system: Parties may access this filing through the Court's system:

- Raymond L Beebe    RLBCT@buckeye-express.com
- Jeffrey A. Brauer    jabrauer@hahnlaw.com
- John R Burns    john.burns@bakerd.com, skrhoads@bakerd.com;oliana.nansen@bakerd.com;sarah.laughlin@bakerd.com
- Corey D. Grandmaison    corgra@bkf-law.com, aijhal@bkf-law.com
- Terry E. Hall    terry.hall@bakerd.com, sharon.korn@bakerd.com;sarah.laughlin@bakerd.com
- John J Hunter    jrhunter@hunterschank.com, tgrenier@hunterschank.com;jrhunter@wcnet.org
- David C Newcomer    dnewcomer@nssblawoffice.com
- United States Trustee    (Registered address)@usdoj.gov
- Phyllis A Ulrich    bankruptcy@carlisle-law.com, bankruptcy@carlisle-law.com
- Nancy A Valentine    navalentine@hahnlaw.com, hlpcr@hahnlaw.com
- Christopher B. Wick    cwick@hahnlaw.com, hlpcr@hahnlaw.com

The following is the list of **parties** who are not currently on the list to receive e-mail notice/service for this case and who were served by United States Mail, postage prepaid:

| | | |
|---|---|---|
| **Internal Revenue Service**<br>**Insolvency Group 3**<br>**1240 East Ninth Street, Room 457**<br>**Cleveland, OH 44199** | **Archbold Elevator Inc.**<br>**c/o William L. Fricke**<br>**3265 County Road 24**<br>**Archbold, OH 43502-9415** | **Nietzke & Faupel P.C.**<br>**7274 Hartley St**<br>**Pigeon, MI 48755** |
| **FCDS Famrs LLC**<br>**2396 County Road 15**<br>**Bryan, OH 43506** | **Zeeland Farm Services, Inc.**<br>**c/o Laura Ann Petroelje**<br>**2525 84th Avenue**<br>**Zeeland, MI 49464** | **LaBudde Group, Inc.**<br>**c/o Richard T. Erickson**<br>**1239 12th Avenue**<br>**Grafton, WI 53024** |

**Springfield Dairy, LLC**
17495 County Road C
Bryan, OH 43506

**Vreba-Hoff Dairy Development, LLC**
1290 North Shoop Avenue, Suite 140
Wauseon, OH 43567

**DeKleijne Dairy, LLC**
17495 County Road C
Bryan, OH 43506

**Arnoldus L. DeKleijne aka**
**A.L.M. deKleijne aka**
**Arno DeKleijen**
120 Amy Drive
Bryan, OH 43506

**Petronella DeKliejne**
120 Amy Drive
Bryan, OH 43506

**Citicapital Commercial Corporation**
3950 Regent Blvd.
Irving, TX 75063

**TFS Capital Funding**
**An affiliate of General Electric Company**
3000 Lakeside Drive, Suite 200N
Bannockburn, IL 60015-1249

**TFS Capital Solutions**
1540 W. Fountainhead Parkway
Tempe, AZ

**Naeda Financial Ltd., LP**
14010 First National Bank Pkwy.
Suite 400
Omaha, NE 68154

**Agricredit Acceptance LLC**
c/o National Registered Agents, Inc.
145 Baker Street
Marion, OH 43302

**Springfield Dairy Leasing, LLC**
17495 County Road C
Bryan, OH 43506

**Midwest Dairy Investments, LLC**
1290 North Shoop Avenue, Suite 140
Wauseon, OH 43567

**DeLaval, Inc.**
11100 N. Congress Avenue
Kansas City, MO 64153

**Fifth Third Bank**
One SeaGate
550 N. Summit Street
Toledo, OH 43604

**Fifth Third Bank**
Attn: Mark Ransom
21 E. State Street
Columbus, OH 43215

**Sharon L. Helbig**
**Williams County Treasurer**
1 Court House Square
Bryan, OH 43506

**Stuart L. Larsen / Steven D. Shandor**
Day Ketterer
300 Millenium Centre
200 Market Avenue, N
P.O. Box 24213
Canton, OH 44701-4213

**Erica A. Probst**
**Michael N. Schaeffer**
Kemp, Schaeffer & Rowe
88 West Mound Street
Columbus, OH 43215

**Christopher B. Walker**
Bish, Butler & Thompson
1210 West High Street
Bryan, OH 43506

**Mark A. Ozimek**
Robison, Curphey & O'Connell - Toledo
9th Floor
Four Seagate
Toledo, OH 43604

**Jeffrey J. Perkins**
Shindler, Neff, Holmes & Schlageter
1200 Edison Plaza
300 Madison Avenue
Toledo, OH 43604

**Farmers Merchants State Bank**
307-11 N. Defience Street
P.O. Box 216
c/o Lesley Shirkey
Archbold, OH 43502-0216

**GE Capital**
PO Box 544479
Pittsburgh, PA 15254-4479

**PNC Bank**
221 N Main Street
Bryan, OH 43506-1319